FILED

July 19, 2011

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0003640625

2
Douglas B. Jacobs 084153
Jacobs, Anderson, Potter & Chaplin
20 Independence Circle
Chico, CA 95973
(530) 342-6144
(530) 342-6310 (Fax)

Attorney for Debtors

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

In re:                                      ) **Case No:  11-31473-A-7**
                                            )
ANDREW RICHARD MILLER and,                  ) **DCN: DBJ-1**
ROBIN ELAINE MILLER,                        )
                                            ) **PROOF OF SERVICE**
     Debtors.                               )
                                            )
_____ )

    I am employed in the County of Butte, California.  I am over the age of eighteen years and not a party to the within action.  My business address is 20 Independence Circle, Chico, CA 95973.  I am readily familiar with my employer's business practice for collection and processing of correspondence for mailing with the United States Postal Service.  On **June** *19*, **2011** I served a copy, with all exhibits, of the following documents:

**-Notice of Motion to Avoid Lien of American Express Bank**

**-Motion to Avoid Lien of American Express Bank**

**-Points and Authorities**

**-Exhibit A**

on the party or parties named below, in **Case No. 11-31473** by following ordinary business practice, placing a true copy thereof enclosed in a sealed envelope for collection and mailing

with the United States Postal Service where it would be deposited for first class delivery, postage fully prepaid, in the United States Postal Service that same day in the ordinary course of business, addressed as follows:

**American Express Bank FSB**
**C/O Zwicker & Associates PC**
**1320 Willow Pass Road, Suite 730**
**Concord, CA 94520**

**U.S. Bankruptcy Trustee**
**Federal Courthouse**
**501 "I" Street, Suite 7-500**
**Sacramento, CA 95814**

**John W. Reger**
**280 Hemsted #C**
**Redding, CA 96002**

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on **June** _19_ **, 2011** at Chico, California.

_Debbie Stratton_
**Debbie Stratton**